CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
5/16/2024
LAURA A. AUSTIN, CLERK
BY: s/ C. Kemp
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 4:24CR8 |
| ) | |
| v.  ) | **INDICTMENT** |
| ) | |
| **DOMINIQUE CORNELIUS** ) | In violation of: |
| **GRANT** ) | 18 U.S.C. § 912 |
| ) | 18 U.S.C. § 922(g)(1) |

## COUNT ONE

The Grand Jury charges that:

1. On or about April 10, 2024, in the Western District of Virginia, the defendant, **DOMINIQUE CORNELIUS GRANT**, did falsely assume and pretend to be an officer and employee acting under the authority of the United States and any department, agency, and officer thereof, that is, a Deputy United States Marshal, and acted under the authority thereof, in that he did enter upon the property of C.E. at night, while displaying a badge of authority and what appeared to be a firearm, and identified himself as a Deputy United States Marshal conducting surveillance.

2. All in violation of Title 18, United States Code, § 912.

## COUNT TWO

The Grand Jury further charges that:

3. On or about April 10, 2024, in the Western District of Virginia, the

defendant, **DOMINIQUE CORNELIUS GRANT**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, said ammunition having been shipped and transported in interstate or foreign commerce.

4. All in violation of Title 18, United States Code, § 922(g)(1).

## NOTICE OF FORFEITURE

1. Upon conviction of felony offense alleged in this Indictment, the defendant shall forfeit to the United States:

   a. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

   a. **Ammunition**

      i. 16 rounds of Hornady 9mm ammunition;
      ii. 3 rounds of Sig 9mm ammunition

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A **TRUE BILL**, this \_\_16\_\_ day of May, 2024.

_____
Christopher R. Kavanaugh
United States Attorney

/s/ Foreperson
FOREPERSON